FILED BY ___ D.C.

05 MAY -9 AM 8: 34

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and DOROTHY J. POOLE, REVENUE OFFICER OF THE INTERNAL REVENUE SERVICE,<br><br>Petitioners,<br><br>v.<br><br>LYNDON DOUGLAS,<br><br>Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. 05-2036 M1/P<br>)<br>)<br>)<br>) |

### ORDER ADMINISTRATIVELY CLOSING CASE

On April 1, 2005, the Court issued an Order to Release Respondent from Custody after finding that Respondent, Lyndon Douglas, was no longer in civil contempt of the Court's orders. Accordingly, the clerk's office is hereby ORDERED to administratively close this case.

So ORDERED this 6 day of May, 2005.

_____
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-9-05

16

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 2:05-CV-02036 was distributed by fax, mail, or direct printing on May 9, 2005 to the parties listed.

---

Lyndon Douglas
1708 Netherwood Ave.
Memphis, TN 38106--246

William W. Siler
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT